# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| BRIAN JERMAINE DODSON #308329, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 1:18-cv-00058 |
| CHERRY LINDAMOOD, et al., | ) ) ) | JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 44), which was filed on January 28, 2020. Through the Report and Recommendation, the Magistrate Judge recommends that the Motions to Dismiss filed by Defendants Ronald Higgs, M.D. and Edmund Lane, M.D. (Doc. Nos. 26, 28) be granted, but that Defendants' requests for attorneys' fees be denied. Plaintiff has not responded to Defendants' Motions to Dismiss. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, the Motions to Dismiss filed by Defendants Higgs and Lane (Doc. Nos. 26, 28) are **GRANTED**. Defendants Higgs and Lane's requests for attorneys' fees are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE